This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**COLONY INSURANCE COMPANY,**

     Plaintiff-Appellee,

v.                                                                                  **NO. 30,391**

**SUZANNE GUEST and THE GUEST LAW FIRM, P.C.,**

     Defendants-Appellants,

and

**CHERYL McLEAN,**

     Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Beatrice J. Brickhouse, District Judge**

Krehbiel Law Office, P.C.
Lorri Krehbiel
Albuquerque, NM

Edward F. Messett
Albuquerque, NM

for Appellee Colony Insurance Co.

Guest Law Firm, P.C.

Suzanne R. Guest
Phoenix, Az

for Appellants
Garcia & Vargas, LLC
Ray M. Vargas II
Santa Fe, NM

for Appellee Cheryl McLean

**MEMORANDUM OPINION**

**CASTILLO, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

Dismissed.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____
**MICHAEL E. VIGIL, Judge**

_____
**TIMOTHY L. GARCIA, Judge**